IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL KATZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 05-629-GPM |
| | ) |
| **CITY OF O'FALLON, DAN WUNDER, and BRAD THOMAS,** | ) |
| | ) |
| **Defendants.** | ) |

# ORDER

**MURPHY, Chief District Judge:**

On September 20, 2005, Defendant Brad Thomas filed a motion to dismiss the claims brought against him in Counts V and VI of the first amended complaint on the basis that the claims are barred by the statute of limitations. (*See* Docs. 12, 13.) Plaintiff has filed a response to the motion in which he concedes the motion. (*See* Doc. 17.)

Accordingly, the motion to dismiss (Doc. 12) is **GRANTED**, and Defendant Brad Thomas is **DISMISSED with prejudice**. The hearing previously set on **Monday, November 28, 2005**, is **CANCELED**.

IT IS SO ORDERED.

DATED: 11/16/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge