IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL KATZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO.  05-629-GPM |
| ) | |
| **CITY OF O'FALLON, DAN WUNDER,** ) | |
| **Individually and as Police Officer for the** ) | |
| **City of O'Fallon, Illinois, and BRAD** ) | |
| **THOMAS, Individually and as Police** ) | |
| **Officer for the City of O'Fallon, Illinois,** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER OF DISMISSAL

**MURPHY, Chief District Judge:**

The Court having been advised by counsel for Plaintiff that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed with prejudice, without costs, and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the Clerk of Court serve copies of this Order upon the attorneys of record for the parties appearing in this cause.

**IT IS SO ORDERED.**

DATED:  3/21/06

                                                              s/ G. Patrick Murphy
                                                              G. PATRICK MURPHY
                                                              Chief United States District Judge