IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL KATZ, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) )   Case No.  05-629-GPM |
| CITY OF O'FALLON, IL, DAN WUNDER, Individually and as Police Officer for the City of O'Fallon, and BRAD THOMAS, Individually and as Police Officer for the City of O'Fallon, IL, | ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff and Defendants that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed March 21, 2006, each party to bear their own costs.

Dated: June 8, 2006

                                        NORBERT G. JAWORKSI, Clerk of Court

                                        By:   s/ Linda M. Cook
                                                    Deputy Clerk

Approved by:


 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**